IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr90-MHT |
| SHAWN A. JOHNSON, | ) | (WO) |
| BOBBIE JEAN CHILSOM, | ) | |
| SHARON JOHNSON, | ) | |
| SHIRLEY JOHNSON, | ) | |
| PRINTICE JOHNSON, | ) | |
| EDMOND LEWIS HARRIS, JR., | ) | |
| DENNIS COLEMAN, | ) | |
| RICHARD JAMAR PINKSTON, JR., | ) | |
| TELVIN BROWN, | ) | |
| SUNQUESHA GASTON, | ) | |
| PHILANTHIA ROBERTS, | ) | |
| SARA CHILSOM, and | ) | |
| SAMUELLA McMILLIAN | ) | |

ORDER

It is ORDERED that the oral motion to continue, made by defendant Printice Johnson on June 20, 2013, is denied as moot.

DONE, this the 20th day of June, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**